IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAMARIAN TERREL, JR.,**                                                  **PLAINTIFF**
a/k/a Ford Damarian Terrell, Jr.
ADC # 176535

v.                              Case No. 4:25-CV-00490-JM-JTK

**DEXTER PAYNE, et al.**                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 9th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE